IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

THOMAS G. NICKELS AND WHITNEY C. NICKELS                                PLAINTIFFS

VS.
                                        CIVIL CAUSE NO: 3:16-CV-183-NBB-JMV

NATIONSTAR MORTGAGE LLC;
BANK OF AMERICA CORPORATION;
SAFEGUARD PROPERTIES MANAGEMENT LLC;
SHAPIRO & MASSEY LLC;
AND JOHN DOES 1-5
                                                                         DEFENDANTS

## **ORDER**

In accord with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiffs' motion to remand is **GRANTED**, and this case is remanded to the Circuit Court of the First Judicial District of Panola County, Mississippi.

This, the 31st day of July, 2017.

                                        /s/ Neal Biggers
                                        NEAL B. BIGGERS, JR.
                                        UNITED STATES DISTRICT JUDGE